UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRADLEY KAVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>　　　　　Defendant. | Case No.: C 08-5556 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO EACH FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 9, 2009, Plaintiff filed a Motion to Remand Action to State Court.[1] Based on the file herein,

IT IS HEREBY ORDERED that no later than February 17, 2009, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov. While it does not appear to be settled law in the Ninth Circuit, other circuits have ruled that motions to remand are "dispositive" motions that may only be heard by Magistrate Judges with consent of all parties. *See, e.g., Williams v. Beemiller,* 527 F.3d 259, 265-66 (2d Cir. 2008) and cases cited therein (holding that motions to remand are "dispositive" matters for

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 | purposes of determining the scope of a Magistrate Judge's authority under 28 U.S.C. section 636).
2 | Thus the court finds it appropriate to determine whether or not the parties consent to Magistrate
3 | Judge jurisdiction before hearing Plaintiff's motion for remand.

4 | Dated: *2/13/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge