```
JOHN McBRIDE - 36458
CHRISTOPHER E. PLATTEN – 111971
DANIEL A. MENENDEZ - 260822
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiff
BRAD KAVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BRADLEY KAVA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOSE MERCURY NEWS, INC. and DOES 1 to 10, inclusive,<br><br>    Defendant.<br>_____ / | Case No. C 08-05556 JF (PVT)<br><br>**STIPULATION AND ORDER CONTINUING MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE**<br><br>Date: May 5, 2009<br>Time: 10:00 a.m.<br>Dept: Ctrm 5, 4th Floor<br>Magistrate Patricia V. Trumball |

    IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record, that a request be made herewith to continue the Motion to Remand and Case Management Conference in the above matter currently scheduled for May 5, 2009. A request is made that said hearings be continued until June 2, 2009 at 10:00 a.m. and that the time to file a joint Pre-Trial Conference statement be continued from April 28, 2009 to May 26, 2009.

Dated: April 27  2009

                                    WYLIE, MCBRIDE, PLATTEN & RENNER

                                    JOHN McBRIDE, Attorney for Plaintiff

Dated: April 27, 2009        CASES RILEY & SIMONIAN, LLP

*/s/ Valerie S. Higgins*
Valerie S. Higgins, Esq., Attorneys for Defendant

### ORDER

Pursuant to the above request, the Court orders that the Motion to Remand and Case Management Conference in the above matter currently scheduled for May 5, 2009, be continued to June 2, 2009 at 10:00 a.m. in Courtroom 5 of the above entitled Court. IT IS FURTHER ORDERED that the joint Case Management Conference Statement be filed on or before May 26, 2009.

Dated: 4/27/09        */s/ Patricia V. Trumbull*
THE HONORABLE PATRICIA V. TRUMBULL

NOTICE OF MOTION AND MOTION FOR REQUEST FOR SANCTIONS; Case No. C 08-05556JF (PVT)        2